IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| LISA PONTRELLI, in her individual capacity and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MONAVIE, INC.; MONAVIE, LLC; and DOES 1-10,<br><br>Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br><br><br>Case No. 2:17-cv-01215-DN-DBP<br><br>District Judge David Nuffer |

Based on the parties' Joint Stipulation for Dismissal With Prejudice ("Stipulation"),[1] and good cause appearing therefor,

IT IS HEREBY ORDERED that the parties' Stipulation[2] is GRANTED. Plaintiff's First Amended Class Action Complaint for Damages and Equitable Relief [3] and this action are DISMISSED with prejudice.

The Clerk is directed to close the case.

Signed October 1, 2019.

BY THE COURT

David Nuffer
United States District Judge

---

[1] Docket no. 101, filed Sept. 30, 2019.

[2] *Id*.

[3] Docket no. 7, filed Dec. 9, 2013. Plaintiff Lisa Pontrelli never moved for or obtained class certification in this case. And no class will be certified in this case. Memorandum Decision and Order on Order to Show Cause at 7-10, docket no. 90, filed June 11, 2019. Therefore, this action is limited to Ms. Pontrelli's individual claims. *Id* at 4, 7-10. It is not necessary or required under FED. R. CIV. P. 23(e) to give notice of the parties' Stipulation and proposed dismissal with prejudice to potential class members.